## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHS CORP., | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-55 |
| | : | |
| SINGER FINANCIAL | : | |
| CORPORATION, et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this _13th_ day of April, 2017, as stated on the record during the telephone conference held on April 13, 2017, it is **ORDERED** that Bill Meyer, Plaintiff's IT expert from TeamLogicIT, may take possession of Defendants' hard drive in order to make a copy of the hard drive in an effort to locate Activefax fax software records that were present on the computer on February 1, 2017, but are not longer present.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:

1