IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHS CORP., | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-55 |
| | : | |
| SINGER FINANCIAL | : | |
| CORPORATION, et al., | : | |
|     Defendants. | : | |

# **ORDER**

**AND NOW**, this _23rd_ day of August, 2018, it is **ORDERED** that KHS' Amended Motion for Class Certification (ECF No. 82) is **DENIED**.

                                                        s/Anita B. Brody

                                        _____
                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: