## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHS CORP., | : | |
| | : | |
| Plaintiff. | : | CIVIL ACTION |
| | : | No. 16-55 |
| v. | : | |
| | : | |
| SINGER FINANCIAL CORP., et al., | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this _26th __ day of March, 2019, it is **ORDERED** that, pursuant to the accompanying Findings of Fact and Conclusions of Law, **JUDGMENT IS ENTERED** against Singer Financial Corporation in the amount of $4,000.00.

                                                             s/Anita B. Brody

                                            ANITA B. BRODY, J.

Copies **VIA ECF** on 3/26/2019